**Steven HOVEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42143.**

Missouri Court of Appeals,
Western District.

March 27, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1990.

Application to Transfer Denied
July 31, 1990.

David S. Durbin, Appellate Defender, John L. Vohs, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and CLARK
and MANFORD, JJ.

## ORDER

PER CURIAM:

Appeal from denial of Rule 29.15 motion for postconviction relief after an evidentiary hearing.

Affirmed. Rule 84.16(b).